Todd Friedman, CA Bar No. 216752

Law Offices of Todd M. Friedman, P.C.

324 S. Beverly Dr., #725

Beverly Hills, CA 90212

(877) 206-4741

tfriedman@attorneysforconsumers.com


IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA


| | |
|---|---|
| DORIAN DANIEL, | |
| **Plaintiff,** | |
| v. | No. 5:14-cv-02057 |
| | NOTICE OF VOLUNTARY |
| IQ DATA INTERNATIONAL, INC., | DISMISSAL PURSUANT |
| **Defendant.** | TO SETTLEMENT |

NOW COMES the Plaintiff, DORIAN DANIEL, by and through her attorneys, SMITHMARCO, P.C., and for her Notice of Voluntary Dismissal, Plaintiff states as follows:

1. Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff hereby notifies this Honorable Court that the Plaintiff voluntarily dismisses her case pursuant to a settlement agreement reached by the parties.

1

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2.      The Defendant in this case has filed neither an answer to Plaintiff's complaint nor a motion for summary judgment.

3.      Plaintiff requests that this case be dismissed with prejudice and without costs to any party, all costs having been paid and all matters in controversy for which this action was brought having been fully settled, compromised and adjourned.

Respectfully Submitted,

**By:**  /s Todd Friedman
          **Todd Friedman**
          **Attorney for Plaintiff,**
          **DORIAN DANIEL**

**Todd Friedman, CA Bar No. 216752**

**Law Offices of Todd M. Friedman, P.C.**

**324 S. Beverly Dr., #725**

**Beverly Hills, CA 90212**

**(877) 206-4741 (x610)**

**tfriedman@attorneysforconsumers.com**

2